# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | Case Number: 2:20cr226 |
| v. | : | USM Number: 73379-061 |
| **JOHN P. RAPHAEL,** | : | Judge Watson |
| Defendant. | : | |

### NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR JUDICIAL RELEASE

On October 4, 2023, Defendant, John Raphael, by and through counsel filed a Motion for Judicial Release. Defendant Raphael now files this Notice to inform the Court that he is withdrawing his previously filed Motion for Judicial Release.

Respectfully submitted,

  /s Robert J. Behal
Robert J. Behal (0014085)
The Behal Law Group LLC
501 S. High Street
Columbus, Ohio  43215
Telephone No. (614) 643-5050
Facsimile: (614) 340-3892
bbehal@behallaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

     I certify a copy of the foregoing Notice of Withdrawal has been filed with the Clerk of Courts using the CM/ECF system on this 13th day of October, 2023, to the following attorneys:

Peter K. Glenn-Applegate
U.S. Department of Justice
303 Marconi Blvd, Suite 200
Columbus, OH 43215

J. Michael Marous
United States Attorney's Office - 2
303 Marconi Boulevard
2nd Floor
Columbus, OH 43215

                                                /s/ Robert J. Behal
                                                Robert J. Behal (0014085)
                                                *Attorney for Defendant*